655 A.2d 980

**W. Dean ALLISON, Appellant,**

v.

**William H. BENTLEY, individually and doing business as Bentley's Yamaha, Suzuki, Kawasaki, Polaris, Bentley's I and Bentley's II**

v.

**ERIE INSURANCE GROUP, Garnishee.**

Supreme Court of Pennsylvania.

Argued March 8, 1995.

Decided March 28, 1995.

Thomas J. Dempsey, Jr., Pittsburgh, for appellant.

Duane E. Ross, for Erie Ins. Group.

Harvey A. Zalevsky, Greensburg, for William H. Bentley.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.